UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RISE H. HOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:25-CV-159-D** |
| CUMBERLAND COUNTY HOSPITAL ) | |
| SYSTEMS INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 2], OVERRULES plaintiff's objections to the M&R [D.E. 7], ADOPTS the conclusions in the M&R [D.E. 6], and DISMISSES WITH PREJUDICE plaintiff's complaint. The clerk SHALL close the case.

This Judgment filed and entered on May 16, 2025, and copies to:
Rise H. Hoyle       (via US Mail to 7702 Eunice Drive, Fayetteville, NC  28306)

May 16, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk